IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WENDE QIAN                                              PETITIONER

V.                              CIVIL ACTION NO. 5:26-cv-221-DCB-BWR

RAFAEL VERGARA ET AL.                                   RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 10], which recommends that Petitioner's Motion to Withdraw [ECF No. 9] is granted and Petitioner Qian's 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. The basis for this recommendation is that Petitioner was released from detention on April 22, 2026. The Report was entered on May 5, 2026, and objections were due by May 19, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner's Motion to Withdraw [ECF No. 9], which is construed as a Motion to Dismiss the Petition as Moot, and Petitioner Qian's 28 U.S.C. § 2241 Petition [ECF No. 1], finds that Petitioner's Motion to Withdraw [ECF No. 9] should be granted and Petitioner's 28 U.S.C. § 2241 petition should be dismissed without prejudice as moot. The Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 10] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 21st day of May, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2